

# Fourth Court of Appeals
## San Antonio, Texas

August 21, 2019

No. 04-19-00383-CV

Hien Minh **CAO**,
Appellant

v.

Hoang **CAO**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2019CV03006
Honorable J. Frank Davis, Judge Presiding

**ORDER**

The trial court's judgment of possession is VACATED and the case is DISMISSED. We ORDER that appellee recover his costs of this appeal from appellee.

It is so **ORDERED** on August 21, 2019.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand, and affixed the seal of the said court on this 21st day of August, 2019.

Keith E. Hottle, Clerk of Court